# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2010

139845

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                         SC: 139845
                                         COA: 291906
                                         Wayne CC: 06-013012-FH

JOHN HENRY HAIRSTON,
          Defendant-Appellee.
_____/

      On order of the Court, the application for leave to appeal the September 11, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

      KELLY, C.J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2010

0317

                                         Clerk